**Juan Antonio RODRIGUEZ, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 67914.**

Missouri Court of Appeals,
Western District.

July 1, 2008.

Susan Lynn Hogan, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Shaun Mackelprang and Jaime Wilson Corman, Office of Attorney General, Jefferson City, MO, for respondent.

Before RONALD R. HOLLIGER, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and THOMAS H. NEWTON, Judge.

1. All rules cited are Missouri Rules of Court

**ORDER**

PER CURIAM.

Juan Antonio Rodriguez ("Rodriguez") appeals the denial, following an evidentiary hearing, of his motion for post-conviction relief under Rule 29.15.[1] In his sole point on appeal, Rodriguez claims that his trial counsel was ineffective for failing to request that a self-defense instruction be submitted to the jury during his trial for murder and armed criminal action. Having reviewed the record on appeal, we find no error. As a full written opinion would serve no jurisprudential purpose, the parties have been provided with a memorandum explaining the reasoning of the court and the judgment of the motion court is affirmed pursuant to rule 84.16(b).

(2006) unless otherwise noted.